No. 96–1948. STUDENT LOAN MARKETING ASSN. *v.* RILEY, SECRETARY OF EDUCATION. C. A. D. C. Cir. Certiorari denied.

No. 96–9247. HUGHES *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 96–9422. DEL RIO *v.* ATTORNEY GENERAL OF CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–77. AYERS, WARDEN *v.* MITCHELL. C. A. 9th Cir. Certiorari denied.

No. 97–82. LINDBLOM *v.* FEDERAL BUREAU OF INVESTIGATION. C. A. D. C. Cir. Certiorari denied.

No. 97–155. FLORIDA SEED CO., INC., ET AL. *v.* MONSANTO CO. C. A. 11th Cir. Certiorari denied.

No. 97–160. TABB *v.* DILLARD DEPARTMENT STORES, INC. C. A. 5th Cir. Certiorari denied.

No. 97–195. MIRANDA *v.* CITY OF EL PASO ET AL. C. A. 5th Cir. Certiorari denied.

No. 97–196. WHITE-PAGE, INDIVIDUALLY AND AS NEXT FRIEND OF THE MINOR CHILDREN OF PAGE, ET AL. *v.* HARRIS COUNTY, TEXAS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 97–204. WHITE, DECEASED, BY HER PERSONAL REPRESENTATIVE, WHITE, ET AL. *v.* CHAMBLISS ET AL. C. A. 4th Cir. Certiorari denied.

No. 97–211. GRAND FRATERNITY ROSAE CRUCIS *v.* MOYER ET AL. C. A. 3d Cir. Certiorari denied.

No. 97–214. KURZ ET AL. *v.* PHILADELPHIA ELECTRIC CO. ET AL. C. A. 3d Cir. Certiorari denied.

No. 97–219. PENOBSCOT INDIAN NATION *v.* KEY BANK OF MAINE ET AL. C. A. 1st Cir. Certiorari denied.